UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60433-CIV-SINGHAL

ELIZABETH SVOBODA, on behalf of
herself individually and all others similarly
situated,

    Plaintiff,

v.

EDISONLEARNING, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff Elizabeth Svoboda's Notice of Voluntary Dismissal Without Prejudice (DE [15]) of Defendant EdisonLearning. In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby:

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITHOUT PREJUDICE**. Each party shall bear his own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF